438 A.2d 632

Manning, etc., Appellant, v. Karsnak, etc.

Argued November 13, 1980. G. N. Evashavik, for appellant; Daniel R. Delaney, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment affirmed.